Law Offices of Travis Gagnier, Inc., P.S.
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
253-941-0234; gagnierecf@bestbk.com

Honorable Christopher M. Alston

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **HOLMBERG, Timothy Scott,** Debtor.<br><br>**HOLMBERG, Timothy Scott,**<br><br>**Plaintiff,**<br>v.<br><br>**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION**<br><br>**Defendant.** | Number 22-11028<br><br>Adversary Number: 23-01015<br><br>**NOTICE OF DISMISSAL** |

The above-referenced Plaintiff/Debtor, by and through his attorney, the Law Offices of Travis Gagnier, Inc., P.S., hereby dismisses the above-entitled adversary proceeding pursuant to FRBP 7041.

Dated this 28th day of April 2023.

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

NOTICE OF DISMISSAL - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com